```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 22925
   DARNELL FLETCHER
   LISA FLETCHER                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-1382    SSN XXX-XX-6102

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 12/06/2007 and was confirmed 03/03/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 09/15/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG         .00           .00             .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE         .00           .00             .00
GMAC                      SECURED VEHIC         .00           .00             .00
IL STATE DISBURSEMENT UN  DSO ARREARS      12682.51           .00             .00
A1 COLLECTION SERVICES    UNSECURED        NOT FILED          .00             .00
AMERICAN CREDIT BUREAU    UNSECURED        NOT FILED          .00             .00
AMERICASH                 UNSECURED          2106.85          .00             .00
ROUNDUP FUNDING LLC       UNSECURED           987.14          .00             .00
ASPEN/FB&T                UNSECURED        NOT FILED          .00             .00
ASPEN/FB&T                UNSECURED        NOT FILED          .00             .00
CAPITAL ONE               UNSECURED          1005.56          .00             .00
CAPITAL ONE               UNSECURED           780.49          .00             .00
CCA                       UNSECURED        NOT FILED          .00             .00
COLUMBUS BANK & TRUST     UNSECURED        NOT FILED          .00             .00
RJM AQUISITIONS FUNDING   UNSECURED           140.84          .00             .00
DEBT RECOVERY SOLUTION    UNSECURED        NOT FILED          .00             .00
PREMIER BANKCARD          UNSECURED           473.37          .00             .00
ECAST SETTLEMENT CORP     UNSECURED           553.38          .00             .00
IC SYSTEMS                UNSECURED        NOT FILED          .00             .00
ISLAND NATIONAL GROUP     UNSECURED        NOT FILED          .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          1519.09          .00             .00
MAGES & PRICE             UNSECURED        NOT FILED          .00             .00
MERRICK BANK              UNSECURED          1001.42          .00             .00
*MERRICK BANK             UNSECURED          1193.32          .00             .00
NATIONAL ASSET RECOVERY   UNSECURED        NOT FILED          .00             .00
NATIONWIDE CREDIT CO      UNSECURED        NOT FILED          .00             .00
NATIONWIDE CREDIT CO      UNSECURED        NOT FILED          .00             .00
NATIONWIDE CREDIT CO      UNSECURED        NOT FILED          .00             .00
NATIONWIDE CREDIT CO      UNSECURED        NOT FILED          .00             .00
NELNET LOAN SERVICES      UNSECURED        NOT FILED          .00             .00
RMI/MCSI                  UNSECURED           700.00          .00             .00
SALUTE/UTB                UNSECURED        NOT FILED          .00             .00
```

```
TRIBUTE/FBOFD              UNSECURED       NOT FILED              .00            .00
TRIBUTE/FBOFD              UNSECURED       NOT FILED              .00            .00
US DEPT OF EDUCATION       UNSECURED         976.72               .00            .00
CITI RESIDENTIAL LENDING   NOTICE ONLY     NOT FILED              .00            .00
ISAC                       UNSECURED        4477.56               .00            .00
TONJA RULE                 NOTICE ONLY     NOT FILED              .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      41.00               .00          41.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,500.00                           823.80
TOM VAUGHN                 TRUSTEE                                              75.20
DEBTOR REFUND              REFUND                                                 .00
```

Summary of Receipts and Disbursements:
```
-----------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  940.00

PRIORITY                                          41.00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   823.80
TRUSTEE COMPENSATION                              75.20
DEBTOR REFUND                                       .00
                       ---------------      ---------------
TOTALS                   940.00                  940.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 12/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```